IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., <br><br> Defendants. <br><br> NEW YORK IMMIGRANT COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., <br><br> Defendants. | 20-cv-5770 (RCW) (PWH) (JMF); <br> 20-cv-5781 (RCW) (PWH) (JMF) <br><br> NOTICE OF MOTION |

PLEASE TAKE NOTICE that non-parties, Members of Congress, by the accompanying motion, request (under Federal Rule of Civil Procedure 7(b)(1)) leave to file the accompanying BRIEF OF MEMBERS OF CONGRESS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS. The relief requested is an order granting leave for the brief to be filed. The parties have consented to the filing of this brief.

Dated: August 14, 2020

*/s/ David H. Gans*
David H. Gans

Elizabeth B. Wydra
Brianne J. Gorod
David H. Gans
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
david@theusconstitution.org

*Counsel for Amici Members of Congress*

---

Application GRANTED. The Court reminds the parties and amici that because 20-CV-5770 and 20-CV-5781 have been consolidated, filings should be made only in 20-CV-5770. The Clerk of Court is directed to terminate 20-CV-5770, ECF No. 93, and 20-CV-5781, ECF No. 49. SO ORDERED.

*[signature]*

August 14, 2020